UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE NUTMEG COMPANIES, INC. | : |
| | :    NO. 3:03cv615 (MRK) |
| v. | : |
| | : |
| JCM ASSOCIATES | : |

## ORDER

For the reasons stated on the record in open court on April 1, 2004, the Court hereby **DENIES** The Nutmeg Companies, Inc.'s Application To Vacate Arbitration Award [doc. #1], dated April 4, 2003, and confirms the Award of Arbitrator of $122,108 to JCM Associates, dated January 9, 2003, in its entirety.  **The Clerk is directed to close the file.**

IT IS SO ORDERED.

/s/        Mark R. Kravitz
U.S.D.J.

Dated at New Haven, CT: April 1, 2004.