CV/cvmhrg (January 10, 2002)

HONORABLE **M. R. Kravitz**
DEPUTY CLERK **K. Ghilardi**   RPTR/ERO/TAPE **Thea**

TOTAL TIME: **1** hours **15** minutes

DATE **April 1, 2004**   START TIME **2:05**   END TIME **3:20**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

**Nutmeg Co.**

CIVIL NO. **3:03cv615mrk**

**Mark E. Block**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

vs.

✓ **Christopher M. Reeves**
Defendants Counsel

**Jem Associates**

## COURTROOM MINUTES - CIVIL (check one box)

☐ (mhrgh) Motion Hearing           ☐ (confmhrg.) Confirmation Hearing      ☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing    ☐ (evidhrg.) Evidentiary Hearing        ☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing  ☐ (fairhrg.) Fairness Hearing           ☐ (stlmthrg.) Settlement Hearing
☐ (mischrg.) Miscellaneous Hearing

**MOTION DOCUMENT NO.**

✓ ... #1   Motion **to Vacate Arbitration Award**   ☐ granted  ☒ denied  ☐ advisement

Hearing continued until _____ at _____