## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

THE NUTMEG COMPANIES, INC.

v.  Civil No. 3:03cv615 (MRK)

JCM ASSOCIATES

### **JUDGMENT**

This matter came on for consideration of plaintiff's Application to Vacate Arbitration Award before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on April 1, 2004, after hearing oral argument, denied the Application to Vacate Arbitration Award and confirmed the Arbitrator's Award.

The Arbitrator's award is confirmed and the case is closed.

Dated at New Haven, Connecticut, this 5th of April, 2004.

        KEVIN F. ROWE, CLERK
        By
        _/s / Kenneth R. Ghilardi_
        Kenneth R. Ghilardi
        Deputy Clerk

EOD: _____